ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

ESTEFANIA D. BAIRD
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Estefania.baird@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 23 2018
at 2 o'clock and 40 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CRYSTAL O. DAVIS,<br><br>　　　　Defendant. | PO. NO. PO18-00217 KSC<br><br>INFORMATION<br><br>18 U.S.C.13;<br>H.R.S. §§ 286-102, 286-136<br><br>Citation No: 7623479/H-10<br><br>A & P Date: NOV 13 2018 |

INFORMATION

The United States Attorney charges that:

On or about September 7, 2018 on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, CRYSTAL O. DAVIS, defendant herein, unlawfully operated a motor vehicle upon a public street, road, or highway without a valid operator's license.

All in violation of Hawaii Revised Statutes 286-102 and 286-136, a federal offense pursuant to Title 18, United States Code, Section 13.

DATED: October 23, 2018, Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By  /s/ Estefania D. Baird
ESTEFANIA D. BAIRD
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. vs. CRYSTAL O. DAVIS
PO. No.
Citation No.: 7623479/H-10
"INFORMATION"

PO18-00217 KSC